**UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**TERRY ANN STEIN,**

              **Plaintiff,**

    v.                                                                 2:17-CV-167
                                                                                (TJM/CFH)

**DIANE C. HADDOCK, MD and THE UNIVERSITY
OF VERMONT MEDICAL CENTER f/k/a FLETCHER
ALLEN HEALTH CARE, INC.,**

              **Defendants.**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**THOMAS J. McAVOY
Senior United States District Judge**

## **DECISION and ORDER**

**I.    INTRODUCTION**

This *pro se* action was referred to the Hon. Christian F. Hummel, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b). No objections to Magistrate Judge Hummel's March 15, 2018 Report-Recommendation and Order (Dkt. No. 9) have been filed, and the time to do so has expired.

**II.    DISCUSSION**

After examining the record, the Court has determined that the Report-Recommendation and Order is not subject to attack for plain error or manifest injustice.

**III.    CONCLUSION**

Accordingly, the Court **ACCEPTS and ADOPTS** the Report-Recommendation and Order (Dkt. No. 9) for the reasons stated therein. The complaint in this matter (Dkt. No. 1) is **DISMISSED without prejudice** due to plaintiff's failure to serve summonses and

1

complaints on defendants within the time period specified by the Federal Rules of Civil Procedure. The Clerk of the Court is directed to close the file in this matter.

**IT IS SO ORDERED.**

Dated: April 12, 2018

Thomas J. McAvoy
Senior, U.S. District Judge